Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RALPH W. CLOSE and LAURA A. LARSON, individually as parents of the decedent JAMES ROBERT CLOSE,<br><br>Plaintiffs,<br><br>v.<br><br>PIERCE COUNTY, WASHINGTON; PIERCE COUNTY SHERIFF PAUL PASTOR; STEVE PARR; EDWARD CORRELL; JOSEPH GORMAN; and TODD KLEMME,<br><br>Defendants. | No. CV-09-5023 RJB<br><br>REQUEST FOR ENTRY OF JUDGMENT |

Pursuant to FRCP 68(a), plaintiffs Ralph Close and Laura Larson hereby request that the Clerk enter judgment in favor of plaintiffs Ralph Close and Laura Larson against defendant Pierce County, Washington, in the amount of $100,000.00, inclusive of costs and fees, pursuant to the attached FRCP 68 Offer of Judgment and Acceptance. As indicated therein, this judgment should be entered against defendant Pierce County, only. A proposed form of Judgment is attached.

DATED this 6 day of August, 2009.

Respectfully submitted,

MacDONALD HOAGUE & BAYLESS

By _____
Timothy K. Ford, WSBA #5986
David J. Whedbee, WSBA #35977
Attorneys for Plaintiffs

REQUEST FOR ENTRY OF JUDGMENT - 1

No. CV-09-5023 RJB

9178.1 ch063203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of August, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Jerry J Moberg, jjmoberg@canfield-associates.com, dawnseverin@canfield-associates.com, jerrymoberg@canfield-associates.com, shareenlaughlin@canfield-associates.com

Ronald LaMar Williams, rwillia@co.pierce.wa.us, pcpatvecf@co.pierce.wa.us

Gerald A. Horne, ghorne@co.pierce.wa.us

*[signature]*

REQUEST FOR ENTRY OF JUDGMENT - 2

No. CV-09-5023 RJB

9178.1 ch063203

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RALPH W. CLOSE and LAURA A. LARSON, individually as parents of the decedent JAMES ROBERT CLOSE,<br><br>Plaintiffs,<br><br>v.<br><br>PIERCE COUNTY, WASHINGTON; PIERCE COUNTY SHERIFF PAUL PASTOR; STEVE PARR; EDWARD CORRELL; JOSEPH GORMAN; and TODD KLEMME,<br><br>Defendants. | No. CV-09-5023 RJB<br><br>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT BY DEFENDANT PIERCE COUNTY |

Plaintiffs Ralph Close and Laura Larson hereby accept the attached Offer of Judgment of defendant Pierce County to have judgment entered against it in the amount of $100,000.00, including attorneys' fees and costs.

DATED this 6 day of August, 2009.

Respectfully submitted,

MacDONALD HOAGUE & BAYLESS

By _____
Timothy K. Ford, WSBA #5986
David J. Whedbee, WSBA #35977
Attorneys for Plaintiffs

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT BY
DEFENDANT PIERCE COUNTY - 1

No. CV-09-5023 RJB
9178.1 ch063201

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

RECEIVED
AUG 3 - 2009

Honorable Robert J. Bryan
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RALPH W. CLOSE and LAURA A. LARSON, individually as parents of the decedent JAMES ROBERT CLOSE,

    Plaintiffs,

vs.

PIERCE COUNTY, WASHINGTON; PIERCE COUNTY SHERIFF PAUL PASTOR; STEVE PARR; EDWARD CORRELL; JOSEPH GORMAN; and TODD KLEMME,

    Defendants.

NO. C09-5023 RJB

OFFER OF JUDGMENT

Pursuant to FRCP 68 and *Marek v. Chesny*, 473 U.S. 1 (1985), Defendant Pierce County hereby offers to permit Plaintiffs, Ralph W. Close and Laura A. Larson, to take a judgment against it in this action in the amount, including attorney's fees and costs, of One

/ / / / /

/ / / / /

/ / / / /

/ / / / /

OFFER OF JUDGMENT - 1
Close OJ.doc
USDC WAWD No C09-5023 RJB

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

Hundred Thousand Dollars ($100,000). This is a settlement offer made in a case of disputed liability and is not an admission of any fault.

DATED this 31st day of July, 2009.

GERALD A. HORNE
Prosecuting Attorney

By /s/ Ronald L. Williams
RONALD L. WILLIAMS / WSB# 13927
Deputy Prosecuting Attorney
Attorneys for Pierce County
PH: 253-798-3612 / FAX: 253-798-6713

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing OFFER OF JUDGMENT was delivered this 31st day of July, 2009, to ABC-Legal Messengers, Inc., with appropriate instruction to forward the same to counsel for Plaintiffs as follows:

Timothy K. Ford
David Whedbee
MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, WA 98104

/s/ Christina M. Smith
CHRISTINA M. SMITH

OFFER OF JUDGMENT - 2
Close OJ.doc
USDC WAWD No C09-5023 RJB

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of August, 2009, pursuant to FRCP 5(b)(2)(E) and 68 and WDLR 5(b), I electronically served the foregoing on the following:

Jerry J Moberg, jerrymoberg@canfield-associates.com

Ronald LaMar Williams, rwillia@co.pierce.wa.us

*Linda M. Thiel*

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT BY
DEFENDANT PIERCE COUNTY - 2

No. CV-09-5023 RJB
9178.1 ch063201

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961