FILED ___ LODGED
___ RECEIVED
JAN 20 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

Honorable Ronald B. Leighton

**09-CV-05023-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RALPH W. CLOSE and LAURA A. LARSON, individually as parents of the decedent JAMES ROBERT CLOSE,<br><br>Plaintiffs,<br><br>v.<br><br>PIERCE COUNTY, WASHINGTON; EDWARD CORRELL; JOSEPH GORMAN; and TODD KLEMME,<br><br>Defendants. | No. CV-09-5023 RBL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL OVERDUE DISCOVERY |

This matter came before the court on Plaintiffs' Motion to Compel Defendants' Pierce County's and Edward Correll's answers or responses to Plaintiffs' Requests for Production Nos. 1 and 2 (directed to Defendant Edward Correll); Plaintiffs' Interrogatory No. 9; Plaintiffs' Requests for Production to Nos. 4, 8, 11, 12, 13, and 14. The Court, having considered the pleadings filed in support of and in opposition (if any) to the motion, hereby ORDERS as follows:

1. Plaintiffs' Motion to Compel is **granted.** Defendant Pierce County shall provide full and complete answers to Plaintiffs' Interrogatory No. 9 and Plaintiffs' Requests for Production to Nos. 4, 8, 11, 12, 13, and 14 within __10__ days of this signed order.

2. Defendant Edward Correll shall provide full and complete answers to Plaintiffs' Requests for Production Nos. 1 and 2 within __10__ days of this signed order.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
COMPEL OVERDUE DISCOVERY - 1

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500

DATED this 20th day of January, 2010

/s/ Ronald B. Leighton
Honorable Ronald B. Leighton
United States District Judge

Presented by:

MacDONALD HOAGUE & BAYLESS

By /s/ David Whedbee
   Timothy K. Ford, WSBA #5986
   Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of December, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Ronald LaMar Williams, rwillia@co.pierce.wa.us, pcpatvecf@co.pierce.wa.us

Heather Halverson

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
COMPEL OVERDUE DISCOVERY - 2

No. CV-09-5023 RBL
9178.1 cl185107

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961